# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

Chapter 13

Bankruptcy No. 14-18413-JKF

CEDRIC O. MONTGOMERY

1012 DUNCAN AVENUE

LANSDOWNE, PA 19050

Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

CEDRIC O. MONTGOMERY

1012 DUNCAN AVENUE

LANSDOWNE, PA 19050

Counsel for debtor(s), by electronic notice only.

KENNETH G HARRISON
FIVE NESHAMINY INTERPLEX
SUITE 115
TREVOSE, PA 19053-

Date: 11/21/2016

/S/ William C. Miller

_____

William C. Miller, Esquire
Chapter 13 Standing Trustee