**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

CEDRIC O. MONTGOMERY                               Chapter 13

                    Debtor          Bankruptcy No. 14-18413-JKF

### Order Dismissing Chapter 13 Case and
### Directing Counsel to File Master Mailing List

     **AND NOW**, this _____ day of _____, 201_, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

     **ORDERED**, that any wage orders are hereby vacated.

**Date: December 22, 2016**

_____
Jean K. FitzSimon
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
KENNETH G HARRISON
FIVE NESHAMINY INTERPLEX
SUITE 115
TREVOSE, PA 19053-

Debtor:
CEDRIC O. MONTGOMERY

1012 DUNCAN AVENUE

LANSDOWNE, PA 19050