United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 14-18413-jkf
Cedric O. Montgomery                                                      Chapter 13
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2         User: PaulP           Page 1 of 1            Date Rcvd: Dec 22, 2016
                             Form ID: pdf900       Total Noticed: 13

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 24, 2016.
db           +Cedric O. Montgomery,    1012 Duncan Avenue,    Lansdowne, PA 19050-3807
13408768      Jefferson University Hospitals,    P.O. 8500 - 3100,    Philadelphia, PA  19178-3100
13408769      Jefferson University Physicians,    P.O. 40089,    Philadelphia, PA  19106-0089
13447974     +Kenneth G. Harrison, Esquire,    5 Neshaminy Interplex Suite 115,    Trevose, PA 19053-6967
13408770      M&T Bank,   P.O. Box 619063,    Dallas, TX  75261-9063

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           E-mail/Text: bankruptcy@phila.gov Dec 23 2016 02:08:50     City of Philadelphia,
               City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
               Philadelphia, PA  19102-1595
smg           E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 23 2016 02:08:02
               Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
               Harrisburg, PA  17128-0946
smg          +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Dec 23 2016 02:08:38     U.S. Attorney Office,
               c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13452862     +E-mail/Text: JCAP_BNC_Notices@jcap.com Dec 23 2016 02:08:31     Cascade Capital, Llc,
               c o Jefferson Capital Systems LLC,    Po Box 7999,    Saint Cloud Mn 56302-7999
13412346     +E-mail/Text: bankruptcy@cavps.com Dec 23 2016 02:08:32     Cavalry SPV I, LLC,
               500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-1340
13408767     +E-mail/Text: cio.bncmail@irs.gov Dec 23 2016 02:07:46     Internal Revenue Service,
               P.O. Box 7346,    Philadelphia, PA 19101-7346
13427906      E-mail/Text: camanagement@mtb.com Dec 23 2016 02:07:50     M&T Bank,    PO Box 1288,
               Buffalo, NY 14240-1288
13408771      E-mail/Text: bankruptcygroup@peco-energy.com Dec 23 2016 02:07:49      PECO,
               2301 Market Street,    Philadelphia, PA  19103-1380
                                                                                              TOTAL: 8

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 24, 2016                             Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 22, 2016 at the address(es) listed below:
              ANDREW F GORNALL    on behalf of Creditor    Lakeview Loan Servicing, LLC agornall@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              BRIAN CRAIG NICHOLAS    on behalf of Creditor    Lakeview Loan Servicing, LLC
               bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Lakeview Loan Servicing, LLC
               bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
              KENNETH G. HARRISON    on behalf of Debtor Cedric O. Montgomery kghesq@juno.com
              THOMAS I. PULEO    on behalf of Creditor    Lakeview Loan Servicing, LLC tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                              TOTAL: 7

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

CEDRIC O. MONTGOMERY                    Chapter 13

                    Debtor         Bankruptcy No. 14-18413-JKF

Order Dismissing Chapter 13 Case and
Directing Counsel to File Master Mailing List

**AND NOW**, this _____ day of _____, 201_, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

**Date: December 22, 2016**

_____
Jean K. FitzSimon
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
KENNETH G HARRISON
FIVE NESHAMINY INTERPLEX
SUITE 115
TREVOSE, PA 19053-

Debtor:
CEDRIC O. MONTGOMERY

1012 DUNCAN AVENUE

LANSDOWNE, PA 19050